[No. 24408–6–I.   Division One.   January 22, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. DELBERT LEON
NICHOLS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 85–1–03773–8, Donald D. Haley, J., entered
May 31, 1989. *Reversed* by unpublished opinion per Baker,
J., concurred in by Pekelis, J., and Britt, J. Pro Tem.

[No. 25374–3–I.   Division One.   January 22, 1991.]

THE BANK OF HAWAII, *Appellant,* v. EUGENE P. MCGOVERN,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 80–2–17892–0, Jim Bates, J., entered
November 22, 1989. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Webster, J., and Ringold, J.
Pro Tem.

[No. 24359–4–I.   Division One.   January 22, 1991.]

MARILYNN J. NORDNESS, ET AL, *Respondents,* v. PATRICK
M. O'KEEFE, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 86–2–13391–7, John W. Riley, J., entered June
14, 1989. *Reversed* by unpublished opinion per Coleman, J.,
concurred in by Webster, A.C.J., and Ringold, J. Pro Tem.

[No. 25322–1–I.   Division One.   January 22, 1991.]

*In the Matter of the Marriage of* DONALD N. HEALY,
*Appellant, and* IVA W. HEALY,
*Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 88–3–03270–3, Jim Bates, J., entered No–
vember 20, 1989. *Remanded with instructions* by unpub–
lished opinion per Baker, J., concurred in by Scholfield and
Pekelis, JJ.